of New York, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYLVIA WEINER, Relator, v. RUTH E. COLLINS, Superintendent of the Women's House of Detention, Borough of Manhattan, County of New York, or Any Other Person Having the Custody of SYLVIA WEINER, Respondent.— Writ dismissed. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. [See, also, *post*, p. 806.]

In the Matter of the Application of AARON F. GOLDSTEIN, for an Order to Strike Out and Declare Void a Certain Petition Purporting to Designate HARRY GITTLESON, as Designee for the Office of Member of Assembly, 14th Assembly District, County of Kings, in the Democratic Primary Election to Be Held on the 17th Day of September, 1940, and for a Further Order Restraining and Enjoining the BOARD OF ELECTIONS OF THE CITY OF NEW YORK from Printing upon the Final Primary Ballot to Be Used in the Primary Election the Name of HARRY GITTLESON, as a Designee for Said Public Office. AARON F. GOLDSTEIN, Appellant; S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and Another, Respondents.— Order denying motion to strike out petition affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of LEROY MACLEAN to Have Stricken Out and Declared Invalid, Null and Void, the Petitions Purporting to Designate the Following Named Persons as Candidates or as Candidates for Nomination of the American Labor Party for Public Office or for Election to Party Positions of Such Party, in and from the County of Queens: For State Senator, Third Senatorial District: PAUL ARNONE. For Member of Assembly, Second Assembly District: MARK STARR. For Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District, from the Second Assembly District: ANN C. HOLMES and Others. For Alternate Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District, from the Second Assembly District: LOUIS GOTTFRIED and Others. LEROY MACLEAN, Appellant; S. HOWARD COHEN and Others, as Commissioners of Elections of the City of New York, and Others, Respondents.— Order denying motion to strike out certain designating petitions affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of JULE L. MAISEL and ALEXANDER H. KATZ, Appellants, for an Order to Declare Valid the Designating Petitions Filed by or on Behalf of the Said JULE L. MAISEL and ALEXANDER H. KATZ, with the Board of Elections of the City of New York, as Candidates for Nomination to the Office of Assembly, 6th Assembly District, Democratic Party, Kings County, and Office of Member of Senate, 7th Senatorial District, Democratic Party, Kings County, Respectively, in the Democratic Primaries to Be Held on the 17th Day of September, 1940, and for a Further Order Enjoining and Restraining the Board of Elections of the City of New York from Holding Its Drawing for the Position on the Primary Ballots, and for an Order Directing the Board of Elections of the City of New York to Show Cause Why It Should Not Place Petitioners' Names upon the Ballot in the Primary Election to Be Held on September 17, 1940, for the Above